UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRUMMOND COMPANY, INC. and DRUMMOND LTD., <br><br> Petitioners, <br><br> v. <br><br> VICE MEDIA LLC, <br><br> Respondent. | CASE NO.: _____ <br><br> CASE IN OTHER COURT: <br> Case No. 2:15-cv-00506-RDP (N.D. Ala.) <br><br> **NOTICE OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA OR, ALTERNATIVELY, TO TRANSFER** |

**PLEASE TAKE NOTICE** that Petitioners Drummond Company, Inc. and Drummond Ltd. ("Petitioners"), pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i) and Local Rule 7.1(a)(1), and upon the accompanying Memorandum of Law in Support of their Motion to Compel or, Alternatively, to Transfer ("Memorandum"), and the Declaration of Benjamin T. Presley ("Declaration") and exhibits attached thereto, by and through their undersigned counsel, will and hereby do move this Court, at the United States District Court, 500 Pearl Street, New York, New York, 10007, on Wednesday, February 16, 2022, or as soon thereafter as counsel may be heard, for an Order compelling Respondent VICE Media LLC ("VICE") to produce the unedited audio recordings of VICE's interviews of three individuals: Terrence P. Collingsworth, Jaime Blanco, and Juan Carlos Rojas; or, in the alternative, to transfer this miscellaneous action to the United States District Court for the Northern District of Alabama pursuant to Fed. R. Civ. P. 45(f) and Local Rule 7.1(a)(1).

This Motion is supported by the accompanying Memorandum, Declaration with attached exhibits, any papers submitted in reply to any opposition to this Motion, facts which this Court may take on judicial notice, the record in the underlying action in the United States District Court for the Northern District of Alabama (Case No. 2:15-cv-00506-RDP), as well as the related action in the United States District Court for the Northern District of Alabama (Case No. 2:11-cv-03695-RDP), arguments of counsel, if any, and any other matters as may properly come before this Court.

Pursuant to an agreement between counsel for Petitioners and counsel VICE, Petitioners respectfully request that the Court order the following briefing schedule in connection with this Motion:

- VICE shall file its opposition on or before **January 18, 2022**; and
- Petitioners shall file their reply on or before **January 31, 2022.**

Respectfully submitted,

*s/ John Murphy*
John Murphy, Esq.
John Murphy & Associates, P.C.
171 Madison Ave., Suite 305
New York, NY 10016
T: (646) 862-2012
E: jmurphy@johnmurphylaw.com

*Attorneys for Petitioners Drummond Company, Inc. and Drummond Ltd.*

## **Certificate of Service**

I hereby certify that on December 15, 2021, I filed a copy of the foregoing using the Court's CM/ECF system, and further certify that I served a copy of the foregoing on the following:

Rachel Strom, Esq.
Davis Wright Tremaine LP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
T:  (212) 402-4069
E:  rachelstrom@dwt.com

> *s/ John Murphy*
> John Murphy
> *Attorney for Petitioners*