

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Rachel F. Strom**
212-403-4069 tel
212-489-8340 fax

rachelstrom@dwt.com

February 8, 2022

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

> Re: *Drummond Company, Inc., et al. v. VICE Media LLC*, Case No. 1:21-mc-00859
> **Request for Oral Argument**

Dear Judge Nathan:

We represent Respondent VICE Media LLC ("VICE") in the above-captioned matter. Pursuant to Rule 3.D of Your Honor's Individual Practices, we respectfully request oral argument in connection with VICE's opposition to petitioner Drummond's Rule 45 motion to compel production of unpublished reporting materials or, alternatively, to transfer.

Thank you for your attention to this matter.

Respectfully submitted,

Rachel Strom

cc: All counsel of record (by ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.