

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Rachel F. Strom**
212-403-4069 tel
212-489-8340 fax

rachelstrom@dwt.com

February 8, 2022

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      Re:    *Drummond Company, Inc., et al. v. VICE Media LLC*, Case No. 1:21-mc-00859

Dear Judge Nathan:

      We represent Respondent VICE Media LLC ("VICE") in the above-captioned matter. Petitioners Drummond Company, Inc. and Drummond Ltd. ("Drummond") do not object to the request herein.

      Today, VICE filed its opposition to Drummond's motion to compel or, alternatively, to transfer.  *See* ECF No. 11.  We now write to seek leave to lodge with the Clerk of Court a thumb drive containing the audio of the podcast *The Crisis*, which is marked as Exhibit 1 to the Declaration of Kathleen Osborn.  *See* ECF No. 12.  As stated in Ms. Osborn's declaration, the podcast is also available for free streaming on Spotify.  Nonetheless, we would like to also provide the Clerk with a hard copy so that it can be included as part of the official court record.  VICE is also serving a copy of Osborn Exhibit 1 on Petitioners and will provide a courtesy copy to chambers if the Court so desires.

      Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    Rachel Strom

cc:      All counsel of record (by ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.